SHELLIE LOTT, SBN: 246202
Lott Law Offices, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706


Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO BRANCH

KALON N. JACKS,

        Plaintiff,

vs.

KILOLO KAJIKAZI,
Acting Commissioner of Social Security,

        Defendant

Case No.:  2:21-cv-01318-JDP

**STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS ($1,800.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

       After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

2:21-CV-01318-JDP                                         PAGE 1

the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  January 3, 2023          /s/ Shellie Lott
                                 SHELLIE LOTT
                                 Attorney for Plaintiff

                                 PHILLIP A. TALBERT
                                 United States Attorney
                                 PETER K. THOMPSON
                                 Acting Regional Chief Counsel, Region IX

Date: January 3, 2023           /s/ Marla Letellier
                                 (As authorized via email on 12/14/2022)
                                 MARLA LETELLIER
                                 Special Assistant United States Attorney

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

2:21-CV-01318-JDP                                                      PAGE 2

1  SHELLIE LOTT, SBN: 246202
   Lott Law Offices, A Professional Law Corporation
2  5250 Claremont Avenue, Suite 241
   Stockton, California 95207
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4

5

6  Attorney for Plaintiff

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9                  SACRAMENTO BRANCH

10 KALON N. JACKS,                        Case No.:  2:21-CV-01318-JDP

11              Plaintiff,

12 vs.                                     **ORDER FOR THE AWARD OF**
                                           **ATTORNEY FEES PURSUANT TO THE**
13                                         **EQUAL ACCESS TO JUSTICE ACT, 28**
   KILOLO KAJIKAZI,                        **U.S.C. § 2412(d)**
14 Acting Commissioner of Social Security,

15

16              Defendant

17

18         Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees

19 under EAJA, in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS ($1,800.00),

20 are awarded to Plaintiff, subject to the terms of the stipulation.

21

22

23         IT IS SO ORDERED.

24

25         Dated:   January 3, 2023        _____
                                                    JEREMY D. PETERSON
26
                                           UNITED STATES MAGISTRATE JUDGE
27

28

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

2:21-CV-01318-JDP                                                    PAGE 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(D)

2:21-CV-01318-JDP                                                                    PAGE 4